UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN COLINAYO,<br><br>    Plaintiff,<br><br>   v.<br><br>McKESSON MEDICAL-SURGICAL, Inc.,<br><br>    Defendant. | No. 2:22-cv-01616-DJC-KJN |
| EDELMIRA MALDONADO,<br><br>    Plaintiff,<br><br>   v.<br><br>McKESSON MEDICAL-SURGICAL, Inc., et al.,<br><br>    Defendants. | No. 2:23-cv-00430-WBS-DB<br><br>RELATED CASE ORDER |

Defendant has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is

1

likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:23-cv-00430 is reassigned from Judge William B. Shubb to the undersigned and from Magistrate Judge Deborah Barnes to Magistrate Judge Kendall J. Newman. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:23-cv-00430-DJC-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **May 16, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – colinayo22cv01616.related_cases

2