1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT FOR THE**

9                **EASTERN DISTRICT OF CALIFORNIA**

10

11

12

| | |
|---|---|
| 13  DARWIN COLINAYO, | Case No.:  2:22-cv-01616 DJC KJN |
| 14      Plaintiff(s), | |
| 15        v. | **ORDER CONSOLIDATING CASES** |
| 16  MCKESSON MEDICAL-SURGICAL INC., | |
| 17      Defendant(s). | |
| 18  EDELMIRA MALDONADO, | Case No.:  2:23-cv-00430 DJC KJN |
| 19      Plaintiff(s), | |
| 20        v. | |
| 21  MCKESSON MEDICAL-SURGICAL INC., | |
| 22      Defendant(s). | |

23

24        In accordance with the stipulation of the parties, and good cause appearing,

25  the Court makes the following orders:

26        1.        Pursuant to Fed. R. Civ. P. 42, the actions denominated as Colinayo v

27  McKesson Medical-Surgical Inc., Case No. 2:22-cv-01616 DJC-KJN, and Maldonado v.

28  McKesson Medical-Surgical Inc., Case No. 2:23-cv-00430 DJC-KJN, are hereby

consolidated for purposes of briefing, scheduling, discovery, class certification, pretrial proceedings, trial, and any post-trial motions or proceedings.  Said actions shall be consolidated for purposes of judgment or appeal.

2.      Case No. 2:22-cv-01616 DJC-KJN is designated as the "master file;"

3.      The Clerk of the Court is DIRECTED to add all complaints and answers filed in Case No. 2:23-cv-00430 DJC-KJN, ECF No. 3 (Exhibits B and C), to the master file;

4.      The Clerk of the Court is DIRECTED to administratively close Case No. 2:23-cv-00430 DJC-KJN; and

5.      The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 2:22-cv-01616 DJC-KJN.

IT IS SO ORDERED.

Dated:  November 3, 2023          /s/ Daniel J. Calabretta
_____
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE