1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN COLINAYO, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC., a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | **CASE NO.: 2:22-cv-01616-DJC-KJN**<br><br>**ORDER GRANTING JOINT MOTION TO STAY** |

HAVING FOUND GOOD CAUSE after review of the Parties' Joint Motion to Stay Action, the Court hereby enters the following order:

1. This case is stayed in its entirety until further order of the Court;

2. All dates and deadlines are vacated;

3. No later than 14 days after the parties have finalized and executed a long form settlement agreement, the Parties shall file a joint report advising the Court of the status of the case; and

4. If the parties are unable to finalize and execute a long form settlement agreement before May 1, 2024, the Parties shall file a joint report advising the Court of the status of the case and the Court will set a scheduling conference to set a date for completion of class certification discovery and a hearing on Plaintiff's motion for class certification.

**IT IS SO ORDERED.**

Dated:  March 13, 2024                                            /s/ Daniel J. Calabretta
                                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                                   UNITED STATES DISTRICT JUDGE