UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN COLINAYO, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>MCKESSON MEDICAL-SURGICAL INC., a Virginia corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: 2:22-cv-01616-DJC-CSK<br>Assigned: Hon. Daniel J. Calabretta<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The matter came before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice. Good cause appearing therefore, the Court GRANTS the request and dismisses the entire action with prejudice, including all individual and class claims.

**IT IS SO ORDERED**.

Dated: June 10, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE